IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:22-CR-00309 |
| | : (JUDGE MARIANI) |
| DAVID WATSON, | : |
| | : |
| Defendant | : |

**ORDER**

**AND NOW, THIS 8th DAY OF OCTOBER 2025**, for the reasons stated in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant David Watson's oral motion to suppress, made on October 7, 2025, is **DENIED**.

_____
Robert D. Mariani
United States District Judge